WAESCHE, SHEINBAUM & O'REGAN, P.C.
Attorneys for the Plaintiff
111 Broadway, Suite 401
New York, New York 10006
Telephone: (212) 227-3550
John R. Foster (JF3635)

ECF CASE

**JUDGE McMAHON**

**'07 CIV 7101**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRESTIGIOUS SHIPPING CO. LTD.,

        Plaintiff,

-against-

AGROCORP INTERNATIONAL PTE. LTD.,

        Defendant.

RULE 7.1 DISCLOSURE



RECEIVED
AUG 0 9 2007
U.S.D.C. S.D. N.Y.
CASHIERS

Pursuant to F.R.Civ.P. 7.1, the Plaintiff, Prestigious Shipping Co. Ltd., identifies the following as a publicly-held parent corporation or a publicly-held corporation owning 10% or more of Plaintiff's stock:

    NONE

Dated: New York, New York
       August 9, 2007

                              Waesche, Sheinbaum & O'Regan, P.C.
                              Attorneys for the Plaintiff

                              By: _____
                                   John R. Foster
                              Attorney ID: JF3635
                              111 Broadway, Suite 401
                              New York, NY 10006
                              (212) 227-3550