CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Defendant,
Agrocorp International Pte. Ltd.
366 Main Street
Port Washington, New York 110050
Telephone:    516-767-3600
Telefax:        516-767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

PRESTIGIOUS SHIPPING CO. LTD.,                                :

                Plaintiff,                          :          07 CV 7101 (CM)

      - against -                                            :          **STATEMENT PURSUANT**
                               :          **TO FED. R. CIV. P. 7.1**

AGROCORP INTERNATIONAL PTE. LTD.,           :

                Defendant.                          :
------------------------------------------------------------------x

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and

Magistrate Judges of the Court to evaluate possible disqualification or recusal, the

undersigned counsel of record for Defendant AGROCORP INTERNATIONAL PTE. LTD.

certifies that there are no corporate parents, subsidiaries, or affiliates of that party, which are

publicly held.

Dated: Port Washington, New York
       August 30, 2007

                            CHALOS O'CONNOR & DUFFY
                            Attorneys for Defendant
                            AGROCORP INTERNATIONAL PTE. LTD.

By:        _____
                  Owen F. Duffy (OD-3144)
                  366 Main Street
                  Port Washington, New York
                  11050
                  Tel:      516-767-3600
                  Telefax: 516-767-3605
                  Email: ofd@codus-law.com