# EXHIBIT 2

 

APPROVED INTERNATIONAL TRADER

MENU | HOME | ABOUT US | PRODUCTS | MEMBER REGISTRATION | PRESS ROOM | CAREERS | CONTACT US



## contact us
### call us to enquire

AGROCORP INTERNATIONAL PTE LTD | LOCATION

Our address is as follows:

**AGROCORP INTERNATIONAL PTE LTD**
133, New Bridge Road #22-01/02
Chinatown Point, Singapore 059413
Tel: +65 65344878
Fax: +65 65341426
Tx: RS24806 AGINT
E-Mail: sg@agrocorp.com.sg

If you have any comments/enquiries you can contact us at

Contact our overseas offices here.

* Name: [          ]

* Designation: [          ]

* Email: [          ]

Company: [          ]

Contact No: [          ]

Comment: [          ]

[ SEND ]

*DENOTES COMPULSORY FIELDS.