# EXHIBIT 3

 

APPROVED INTERNATIONAL TRADER

MENU | HOME | ABOUT US | PRODUCTS | MEMBER REGISTRATION | PRESS ROOM | CAREERS | CONTACT US



CONNECTING YOU TO BOUNDLESS OPPORTUNITES

COMPANY | PROFILE

PRODUCTS | PLEASE SELECT A CATEGORY

Agrocorp International Pte Ltd was established in 1990. Over the years the Company has grown and diversified into an INTERNATIONAL COMMODITY TRADING HOUSE. Specialising in the physical trading of Agricultural Commodities such as RICE, WHEAT, PULSES & BEANS, SUGAR, ANIMAL & BIRD FEED, OIL SEEDS, STEEL, COAL, CEMENT AND FERTILISERS the company is a NICHE PLAYER in the Asia Pacific Regioni in Agro Commodities and a specialist in the structure of COUNTER TRADE and BARTER. In 1995 the company was awarded the APPROVED INTERNATIONAL TRADER status by TDB and had the same renewed for a further period of 5 years in 2000. Agrocorp has also been successfully listed among the top 50 privately held companies in Singapore for 5 years in the "ENTERPRISE 50 AWARD" from 1998 to 2003. We have been ranked in the SINGAPORE 1000 since 2000.

more >>

Pulses and Beans
Nuts & Allied Products
Cereals
Animal Feed
Bird Feed
Oil Seeds
Spices
Steel
Miscellaneous Products