# EXHIBIT 7

ravi

**From:** "agrocorp" <ravi@agrocorp.com.sg>
**To:** "'UNIVERSAL NAVIGATION'" <uninav@singnet.com.sg>
**Sent:** Friday, June 03, 2005 3:36 PM
**Subject:** RE:

Plse note vsl came on weekend i.e wed night,Thursday/Friday being holiday,docs cannot be procces by sat/Sunday same shld be done,there is some process invld in sugar and than disc shld be afst,am ontop of things

Rgds
rravi

-----Original Message-----
From: UNIVERSAL NAVIGATION [mailto:uninav@singnet.com.sg]
Sent: Friday, June 03, 2005 2:57 PM
To: ravi@agrocorp.com.sg
Subject:


REF: 078944-RT 03-06-2005/14:56:10

UNIVERSAL NAVIGATION PTE LTD
3, SHENTON WAY, 11-04, SHENTON HOUSE, SINGAPORE 068805.
TEL:65-63241466 FAX:65-63236062 TLX:24974 UNINGN RS
COMTEXT:A21RS861 E-MAIL: uninav@pacific.net.sg

RAVI /
PRESTIGIOUS
PLEASE CONFIRM WHEN DISCH WILL COMMENCE??
VESSEL WAITING SINCE 1 ST JUNE
REGARDS