# EXHIBIT 8

ECF

# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:07-cv-07101-CM



Prestigious Shipping Co., Ltd. v. Agrocorp. International Pte., Ltd.
Assigned to: Judge Colleen McMahon
Demand: $2,161,000
Cause: 28:1331 Fed. Question: Other

Date Filed: 08/09/2007
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**

**Prestigious Shipping Co., Ltd.**

represented by **John Randolph Foster**
Waesche, Sheinbaum and O'Regan, P.C.
111 Broadway
4th Floor
NY, NY 10006
212-227-3550
Fax: 212-267-5767
Email: j.foster@waeschelaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Agrocorp. International Pte., Ltd.**

| Date Filed | # | Docket Text |
|---|---|---|
| 08/09/2007 | 1 | COMPLAINT against Agrocorp. International Pte., Ltd. (Filing Fee $ 350.00, Receipt Number 623360)Document filed by Prestigious Shipping Co., Ltd.(tro) Additional attachment(s) added on 8/14/2007 (Daniec, Chris). (Entered: 08/10/2007) |
| 08/09/2007 | | SUMMONS ISSUED as to Agrocorp. International Pte., Ltd. (tro) (Entered: 08/10/2007) |
| 08/09/2007 | | Magistrate Judge Douglas F. Eaton is so designated. (tro) (Entered: 08/10/2007) |
| 08/09/2007 | | Case Designated ECF. (tro) (Entered: 08/10/2007) |
| 08/09/2007 | 2 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Prestigious Shipping Co., Ltd.(tro) Additional attachment(s) added on 8/14/2007 (Daniec, Chris). (Entered: 08/10/2007) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 08/29/2007 11:54:10 | | |
| **PACER Login:** fr0689 | **Client Code:** | 500100-023-gem |
| **Description:** | Docket Report | **Search Criteria:** 1:07-cv-07101-CM |

| Billable Pages: | 1 | Cost: | 0.08 |
|---|---|---|---|