# EXHIBIT 9

22/08/07-17:35:01       PrinterOut-9386-202544       1

Possible Duplicate Delivery
  Network       : APPLI
  Session Holder : PrinterOut
  Session       : 9381
  Sequence      : 202539
  Delivery Status : Network Ack

---------- Instance Type and Transmission ----------
Notification (Transmission) of Original sent to SWIFT (ACK)
Network Delivery Status  : Network Ack
Priority/Delivery        : Normal
Message Input Reference  : 1703 070822IDIBSGSGAXXX9381202539

---------- Message Header ----------
Swift Input              : FIN 799 Free Format Message
Sender        : IDIBSGSGXXX
      INDIAN BANK
      SINGAPORE SG
Receiver      : AEIBUS33XXX
      AMERICAN EXPRESS BANK, LTD.
      NEW YORK,NY US

---------- Message Text ----------
20: Transaction Reference Number
  TRINV070582
21: Related Reference
  AEB0723201142
79: Narrative
  ATTN: JACQUELINE FOULKES OFAC UNIT
  WE REFER TO TRANSACTION REF 070820-20878 AND YOUR
  SWIFT DATED 21ST AUGUST 2007.
  PLEASE NOTE THAT THE USD604,036.93 BELONGS TO THE
  INDIAN BANK SINGAPORE FUNDS AND NOT TO OUR
  CUSTOMER, AGROCORP INTERNATIONAL PTE LTD.
  INDIAN BANK SINGAPORE HAS FINANCED AGROCORP'S
  PURCHASE OF 1351MT OF UKRAINE RAPESEED SHIPPED ON
  THE VESSEL MVRITA(VOYAGE 70018N).ATTACHED IS THE
  REQUEST FOR INVOICE FINANCING EXECUTED BY AGROCORP
  IN OUR FAVOUR.(BEING SENT THRU YOUR SPORE OFFICE)
  THESE MONIES BELONG TO US AND HAVE NOW BEEN
  WRONGLY ATTACHED.
  WE THEREFORE REQUIRE YOU TO IMMEDIATELY LIFT THE
  BLOCKAGE ON THE PASSAGE OF THESE FUNDS TO
  AGROCORP'S SELLER, FIREBERG LTD.
  IN THE EVENT THAT WE DO NOT RECEIVE YOUR SWIFT
  CONFIRMATION BY 1000HOUR ON 22ND AUGUST (NEW YORK
  TIME) THAT THE REMITTANCE TO FIREBERG HAS BEEN
  ALLOWED TO BE PROCESSED,WE WILL TAKE SUCH STEPS
  AS ARE NECESSARY TO PROTECT OUR INTERESTS
  INCLUDING BUT NOT LIMITED TO ANY APPLICATION TO
  THE COURT IN NEW YORK.
  IN THE MEANTIME, ALL OUR RIGHTS ARE EXPRESSLY
  RESERVED.
  REGARDS
  MANAGER TRADE FINANCE