# EXHIBIT 10

CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Defendant,
Agrocorp International Pte. Ltd.
366 Main Street
Port Washington, New York 110050
Telephone:   516-767-3600
Telefax:     516-767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
PRESTIGIOUS SHIPPING CO. LTD.,

                 Plaintiff,

  - against -

AGROCORP INTERNATIONAL PTE. LTD.,

                Defendant.
-----------------------------------------------------------x

07 CV 7101 (CM)

**NOTICE OF RESTRICTED APPEARANCE PURSUANT TO FED. R. CIV. P. E(8) OF THE SUPPLEMENTAL RULES FOR CERTAIN ADMIRALTY AND <u>MARITIME CLAIMS</u>**

PLEASE TAKE NOTICE, that Chalos, O'Connor & Duffy LLP has been retained by the Defendant, AGROCORP INTERNATIONAL PTE. LTD., to represent said Defendant in the above-entitled action, and Chalos, O'Connor & Duffy LLP hereby demands that copies of all proceedings in this action subsequent to the Summons and Complaint be served upon Chalos, O'Connor & Duffy LLP at its office as listed below.

PLEASE TAKE FURTHER NOTICE, that Defendant AGROCORP INTERNATIONAL PTE. LTD., by its attorneys, Chalos, O'Connor & Duffy LLP, hereby enters its restrictive appearance on behalf of said Defendants pursuant to Rule E(8), of the Fed. R. Civ. P. Supplementary Rules for Admiralty and Maritime Claims solely to defend against the alleged admiralty and maritime claim asserted by Plaintiff PRESTIGIOUS

SHIPPING CO. LTD. with respect to property, including money, funds and EFT payments, restrained by garnishees named in the Process of Maritime Attachment and Garnishment issued in this matter and any other or supplemental garnishees who may restrain the property of Defendant AGROCORP INTERNATIONAL PTE. LTD. and as to which there has issued Process of Maritime Attachment and Garnishment.

Dated: Port Washington, New York
August 30, 2007

                                          CHALOS O'CONNOR & DUFFY, LLP
                                          Attorneys for Defendant
                                          AGROCORP INTERNATIONAL PTE. LTD.

By: _____
     Owen F. Duffy (OD-3144)
     George E. Murray (GM-4172)
     366 Main Street
     Port Washington, New York 11050
     Tel:    516-767-3600
     Telefax: 516-767-3605
     Email: ofd@codus-law.com

To:   Via ECF
       Clerk of the Court
       United States District Court
       Southern District of New York
       500 Pearl Street
       New York, New York 10007

To:   Via ECF
       Waesche, Scheinbaum & O'Regan, P.C.
       Attorneys for the Plaintiff,
       PRESTIGIOUS SHIPPING CO. LTD.
       111 Broadway, 4th Floor
       New York, NY 10006

       Attn:   John R. Foster, Esq.