CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Claimant,
Indian Bank
366 Main Street
Port Washington, New York 110050
Telephone:    516-767-3600
Telefax:    516-767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
PRESTIGIOUS SHIPPING CO. LTD.,                  :
                                                :
                                                :
                Plaintiff,                      :    07 CV 7101 (CM)
                                                :
     - against -                                :    **NOTICE OF CLAIM**
                                                :    **PURSUANT TO**
                                                :    **FED. R. CIV. P. E (4)(f)**
AGROCORP INTERNATIONAL PTE. LTD.,               :    **OF THE**
                                                :    **SUPPLEMENTAL**
                                                :    **RULES FOR CERTAIN**
                                                :    **ADMIRALTY AND**
                Defendant.                      :    **MARITIME CLAIMS**
-----------------------------------------------------------------x

PLEASE TAKE NOTICE, that Chalos, O'Connor & Duffy LLP has been retained by non-party, INDIAN BANK, to represent said non-party in the above-entitled action for the purpose of claiming an interest in the property that has been restrained in this action by garnishee, American Express Bank;

PLEASE TAKE FURTHER NOTICE, that Claimant INDIAN BANK, by its attorneys, Chalos, O'Connor & Duffy LLP, hereby asserts that it is the sole owner of the property that has been restrained in this action by garnishee, American Express Bank Ltd., that Claimant INDIAN BANK demands restitution of same, and that Claimant enters its restrictive appearance pursuant to Rule E(8), of the Fed. R. Civ. P. Supplementary Rules for Admiralty and Maritime Claims solely to defend the action on its behalf.

Dated: Port Washington, New York
       August 31, 2007

                                      CHALOS O'CONNOR & DUFFY, LLP
                                      Attorneys for Claimant,
                                      INDIAN BANK

By:    /s/ Owen F. Duffy
                                      Owen F. Duffy (OD-3144)
                                      George E. Murray (GM-4172)
                                      366 Main Street
                                      Port Washington, New York 11050
                                      Tel:    516-767-3600
                                      Telefax: 516-767-3605
                                      Email: ofd@codus-law.com

To:    Via ECF
          Clerk of the Court
          United States District Court
          Southern District of New York
          500 Pearl Street
          New York, New York 10007

To:    Via ECF
          Waesche, Scheinbaum & O'Regan, P.C.
          Attorneys for the Plaintiff,
          PRESTIGIOUS SHIPPING CO. LTD.
          111 Broadway, 4th Floor
          New York, NY 10006

          Attn:   John R. Foster, Esq.