CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Claimant,
Indian Bank
366 Main Street
Port Washington, New York 110050
Telephone:   516-767-3600
Telefax:      516-767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
PRESTIGIOUS SHIPPING CO. LTD.,

                Plaintiff,          07 CV 7101 (CM)

   - against -          **STATEMENT PURSUANT**
                         **TO FED. R. CIV. P. 7.1**

AGROCORP INTERNATIONAL PTE. LTD.,

                Defendant.
-------------------------------------------------------------x

PURSUANT TO RULE 7.1 of the Federal Rules of Civil Procedure and the enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Claimant, INDIAN BANK, certifies that the Claimant is wholly owned by the Government of India and there are no other corporate parents, subsidiaries, or affiliates of that party, which are publicly held.

Dated: Port Washington, New York
       August 31, 2007

                                        CHALOS O'CONNOR & DUFFY, LLP
                                        Attorneys for Claimant,
                                        INDIAN BANK

                          By: _____
                               Owen F. Duffy (OD-3144)

George E. Murray (GM-4172)
366 Main Street
Port Washington, New York 11050
Tel:     516-767-3600
Telefax: 516-767-3605
Email: ofd@codus-law.com

To:   Via ECF
      Clerk of the Court
      United States District Court
      Southern District of New York
      500 Pearl Street
      New York, New York
      10007


To:   Via ECF
      Waesche, Scheinbaum & O'Regan, P.C.
      Attorneys for the Plaintiff,
      PRESTIGIOUS SHIPPING CO. LTD.
      111 Broadway, 4th Floor
      New York, NY 10006

      Attn:   John R. Foster, Esq.