# EXHIBIT 2

 

APPROVED INTERNATIONAL TRADER

MENU | HOME | ABOUT US | PRODUCTS | MEMBER REGISTRATION | PRESS ROOM | CAREERS | CONTACT US



WELCOME TO AGROCORP
AN INTERNATIONAL TRADING COMMODITY HOUSE

COMPANY | PROFILE

Agrocorp International Pte Ltd was established in 1990. Over the years the Company has grown and diversified into an INTERNATIONAL COMMODITY TRADING HOUSE. Specialising in the physical trading of Agricultural Commodities such as RICE, WHEAT, PULSES & BEANS, SUGAR, ANIMAL & BIRD FEED, OIL SEEDS, STEEL, COAL, CEMENT AND FERTILISERS the company is a NICHE PLAYER in the Asia Pacific Region in Agro Commodities and a specialist in the structure of COUNTER TRADE and BARTER. In 1995 the company was awarded the APPROVED INTERNATIONAL TRADER status by TDB and had the same renewed for a further period of 5 years in 2000. Agrocorp has also been successfully listed among the top 50 privately held companies in Singapore for 5 years in the "ENTERPRISE 50 AWARD" from 1998 to 2003. We have been ranked in the SINGAPORE 1000 since 2000.

more >>

PRODUCTS | PLEASE SELECT A CATEGORY

Pulses and Beans
Nuts & Allied Products
Cereals
Animal Feed
Bird Feed
Oil Seeds
Spices
Steel
Miscellaneous Products

 

APPROVED INTERNATIONAL TRADER

MENU | HOME | ABOUT US | PRODUCTS | MEMBER REGISTRATION | PRESS ROOM | CAREERS | CONTACT US

## about us
### corporate information

AGROCORP INTERNATIONAL PTE LTD

Corporate Information
Organisation Chart
Management Team
Overseas Office
Awards

### CORPORATE INFORMATION

**Our Mission:**
- To be a premiere Global Trading Link in Agro Commodoties providing strong partnership and support from farm to marketplace with our highly committed and motivated team

**Our Philosophy**
Dedicated and hardworking team that ensures:
- Cargo Quality, Timely Shipment, Speedy Documentation and Loading Formalities, Prompt Discharge

A one stop centre for our clients providing the following services:
- Monitoring Cargo Quality during Loading and Discharging Operations
- Speedy Documentation
- Prompt Loading Formalities and Discharging of Vessel,
- Advising Clients and providing up-to-date information on Prices, Market Trends and Movements

Emphasis on customer satisfaction and enduring customer relationship by:
- Providing customers information on Market Price, Trends and Movements

Risk Adverse approach
- Prompt and quick approach to problem solving and trouble shooting

**Core Competencies and sustainable advantage are:**
- In-depth knowledge of Markets and Commodities handled
- Focusing on core competency i.e. Commodity Trading and Distribution




APPROVED INTERNATIONAL TRADER

MENU | HOME | ABOUT US | PRODUCTS | MEMBER REGISTRATION | PRESS ROOM | CAREERS | CONTACT US

## contact us
### call us to enquire

AGROCORP INTERNATIONAL PTE LTD | LOCATION

Our address is as follows:

**AGROCORP INTERNATIONAL PTE LTD**
133, New Bridge Road #22-01/02
Chinatown Point, Singapore 059413
Tel : +65 65344878
Fax: +65 65341426
Tx: RS24806 AGINT
E-Mail: ag@agrocorp.com.sg

If you have any comments/enquiries you can contact us at

Contact our overseas offices here.

* Name:
* Designation:
* Email:
Company:
Contact No:
Comment:

SEND

*DENOTES COMPULSORY FIELDS.