# EXHIBIT 3





A premier bank owned by the Government of India
- Established on 15th August 1907 as part of the Swadeshi movement
- Serving the nation with a team of over 22000 dedicated staff
- Total Business crossed Rs. 76000 Crores as on 31.03.2007
- Operating Profit increased to Rs.1358.59 Crores as on 31.03.2007
- Net Profit increased to Rs.759.77 Crores as on 31.03.2007
- Net worth improved to Rs.3621 Crores as on 31.03.2007
- 1476 Branches spread all over India

International Presence

- Overseas branches in Singapore and Colombo including a Foreign Currency Banking Unit at Colombo
- 229 Overseas Correspondent banks in 69 countries

Diversified banking activities - 3 Subsidiary companies

- Indbank Merchant Banking Services Ltd
- IndBank Housing Ltd.
- IndFund Management Ltd

A front runner in specialised banking

- 88 Forex Authorised branches inclusive of 3 Specialised Overseas Branches at Chennai, Bangalore and Mumbai exclusively for handling forex transactions arising out of Export, Import, Remittances and Non Resident Indian business
- 5 specialised NRI Branches exclusively for servicing Non-Resident Indians
- 1 Small Scale Industries Branch extending finance exclusively to SSI units

Leadership in Rural Development

- Loan products like Artisan Card, Kisan Card, Kisan Bike Scheme, Yuva Kisan Vidya Nidhi Yojana to meet diverse credit needs of farmers.
- Provision of technical assistance and project reports in Agriculture to entrepreneurs through Agricultural Consultancy & Technical Services (ACTS)
- 2 Specialised Agricultural Finance branches to finance High Tech Agricultural Projects.

A pioneer in introducing the latest technology in Banking

- 100% Business Computerisation
- 168 Centres throughout the country covered under 'Anywhere Banking'
- **Core Banking Solution(CBS) in 1204 branches and 77 extension counters.**

- 429 connected Automated Teller Machines(ATM) in 99 cities/towns
- 24 x 7 Service through 8500 ATMs under shared network
- Internet and Tele Banking services to all Core Banking customers
- e-payment facility for Corporate customers
- Cash Management Services
- Depository Services
- Reuter Screen, Telerate, Reuter Monitors, Dealing System provided at all Overseas Branches
- I B Credit Card Launched
- I B Gold Coin

**RTGS & NEFT REMITTANCE FACILITIES NOW AVAILABLE AT ALL CBS BRANCHES**

Strategic alliance with HDFC Standard Life Insurance Company

Indian Bank has entered into a strategic tie-up with HDFC Standard Life Insurance Company Ltd. Click for details.

Last Updated August 24, 2007

| Home Page | Profile | Products & Services | NRI Info | NRI Schemes | Guest Book |



| Head Office Address | PB No.1384, 66, Rajaji Salai, Chennai 600 001, Tamil |
|---|---|
| Phone Nos. | 044-25233231/25231253/25231254 |
| Fax No. | 044-25231278 |
| E-mail | indianbank@vsnl.com and indbank@vsnl.com |
| Customer Care Centre | At Bangalore, Chennai, Delhi, Hyderabad and Mumbai with C< No.39898911 functioning all 24 hours 365 days to attend the c received from our customers |

| | Head Office Departments | E Mail Address |
|---|---|---|
| 1. | Head Office | indbank@vsnl.com<br>indianbank@vsnl.com |
| 2. | Accounts Dept | ibcoacct@satyammail.com |
| 3. | Cell for Government Transanctions | cocgt@sancharnet.in |
| 4. | Credit Division | ibcocred@satyammail.com<br>hocredit@vsnl.net |
| 5. | Credit Policy & General Dept. | ibcocpgd@vsnl.net |
| 6. | Customer Relations Management Department | ibcomktg@satyammail.com |
| 7. | Domestic Treasury Department | ibtsydom@satyammail.com |
| 8. | Expenditure Department | ibcoexp@satyammail.com |
| 9. | Industrial Revival and Rehabilitation Department | ibhoirrd@satyammail.com |
| 10. | Inspection Department | ibcoinsp@satyammail.com |
| 11. | Integrated Treasury Dept. | ibtsyfrx@satyammail.com |
| 12. | International Division | ibcoid@satyammail.com<br>ibhoid@dataone.in |
| 13. | Legal Department | ibholegal@vsnl.net |
| 14. | Human Resources Management Department | ibhoprnl@vsnl.net |
| 15. | Planning & Economic Research Dept. | ibgmpea@md4.vsnl.net.in |
| 16. | Reconciliation Dept. | ibhorecon@vsnl.net |