CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Defendant,
AGROCORP INTERNATIONAL PTE. LTD.
366 Main Street
Port Washington, New York 110050
Telephone:   516-767-3600
Telefax:   516-767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/5/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
PRESTIGIOUS SHIPPING CO. LTD.,                :
                                              :
                                              :
            Plaintiff,                        :     07 CV 7101 (CM)
                                              :
     - against -                              :
                                              :
                                              :
AGROCORP INTERNATIONAL PTE. LTD.,             :
                                              :
                                              :
            Defendant.                        :
------------------------------------------------------------x

### ORDER TO SHOW CAUSE
### WHY RULE B ATTACHMENT SHOULD NOT BE VACATED

Upon the annexed Attorney's Affidavit of Owen F. Duffy, the exhibits attached thereto and the annexed Memorandum of Law on behalf of Defendant AGROCORP INTERNATIONAL PTE. LTD., and all of the pleadings and proceedings heretofore had herein:

Let the Plaintiff PRESTIGIOUS SHIPPING CO. LTD. (hereinafter "Prestigious") show cause before the Honorable Colleen McMahon, United States District Judge, at 500 Pearl Street, Courtroom 21B, New York, New York 10007, pursuant to Supplemental Admiralty Rule E and Local Admiralty Rule E.1, which provides for an adversary

1

hearing on attachment within three court days, on the 4th day of September, 2007 at 2:30 o'clock, p.m., or as soon thereafter as counsel can be heard, why the following relief should not be granted:

1. An ORDER vacating the Process of Maritime Attachment and Garnishment on the basis that:

   a) Vacatur is appropriate under the limited circumstances articulated in the Second Circuit decision of <u>Aqua Stoli</u> because both the Plaintiff and the Defendant are based in Singapore and, otherwise, have no connection to the Southern District of New York.

or in the alternative,

2. An ORDER for such other and further relief as the Court may deem just and proper in the circumstances of this case.

Let service of a copy of this Order, and the accompanying Affidavit, Exhibits and Memorandum of Law, be served on counsel for the Plaintiff, Waesche, Sheinbaum & O'Regan, P.C., on or before 10 o'clock, A.m., on August 31, 2007. Service of this Order may be made by ECF filing and hand delivery to the Offices of Waesche, Sheinbaum & O'Regan, P.C., which is deemed to constitute good and sufficient service;

Answering papers, if any, including but not limited to affidavits, affirmations, declarations, exhibits and/or memorandum of law, shall be served so as to be received by counsel for the movant, Chalos, O'Connor & Duffy, LLP at their offices at 366 Main Street, Port Washington, New York, 11050, by ECF filing and either telefax or email on or before the 4th day of September, 2007 at 10 o'clock A.m.:

2

Reply papers, if any, on behalf of the movant shall be served by ECF filing and either telefax or email so as to be received by counsel for the Plaintiff at their offices as described above, on or before the 4th day of September 2007 at 1 o'clock p.m.

Dated: New York, New York
       August 30, 2007

                                        _____
                                        Honorable Colleen McMahon, U.S.D.J.
                                        **LAURA TAYLOR SWAIN U.S.D.J.** PART I

To:   Waesche, Sheinbaum & O'Regan, P.C.
      Attorneys for the Plaintiff,
      PRESTIGIOUS SHIPPING CO. LTD.
      111 Broadway, 4th Floor
      New York, NY 10006
      Tel.: (212) 227-3550

      Attn:  John R. Foster, Esq.