CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Defendant,
Agrocorp International Pte. Ltd.
366 Main Street
Port Washington, New York 110050
Telephone:   516-767-3600
Telefax:        516-767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
PRESTIGIOUS SHIPPING CO. LTD.,                :
                                              :
                                              :
                   Plaintiff,                 :          07 CV 7101 (CM)
                                              :
      - against -                             :
                                              :
                                              :
AGROCORP INTERNATIONAL PTE. LTD.,             :
                                              :
                   Defendant.                 :
-----------------------------------------------------------x

**NOTICE OF MOTION FOR AN ORDER CERTIFYING THE COURT'S DENIAL OF DEFENDANT'S MOTION TO VACATE THE PROCESS OF MARITIME ATTACHMENT FOR IMMEDIATE APPEAL PURSUANT TO 28 U.S.C. § 1292(b)**

PLEASE TAKE NOTICE, that Defendant, AGROCORP INTERNATIONAL PTE. LTD., (hereinafter "AGROCORP"), by and through its attorneys, CHALOS, O'CONNOR & DUFFY, LLP, upon the annexed Memorandum of Law dated September 18, 2007, and the pleadings and proceedings heretofore had herein, will move this Court before the Honorable Colleen McMahon at the United States District Court, 500 Pearl Street, New York, New York, at a time and date to be set by the Court upon the completion of the submission of all papers in connection with this motion, for an Order certifying the Court's

denial of Defendant's motion to vacate the process of maritime attachment for immediate appeal pursuant to 28 U.S.C. § 1292 (b).

Dated: Port Washington, New York
September 18, 2007

                                          CHALOS O'CONNOR & DUFFY
                                          Attorneys for Defendant,
                                          AGROCORP INTERNATIONAL PTE. LTD.

By: _____
     Owen F. Duffy (OD-3144)
     George E. Murray (GM-4172)
     366 Main Street
     Port Washington, New York 11050
     Tel:    516-767-3600
     Telefax: 516-767-3605
     Email: ofd@codus-law.com

To:    <u>Via ECF</u>
       Waesche, Scheinbaum & O'Regan, P.C.
       Attorneys for the Plaintiff,
       PRESTIGIOUS SHIPPING CO. LTD.
       111 Broadway, 4th Floor
       New York, NY 10006

       Attn:   John R. Foster, Esq