CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Defendant,
Agrocorp International Pte. Ltd.
366 Main Street
Port Washington, New York 110050
Telephone:    516-767-3600
Telefax:        516-767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
PRESTIGIOUS SHIPPING CO. LTD.,                     :
                                                                          :
                                                                          :
                                                                          :
                         Plaintiff,                              :          07 CV 7101 (CM)
                                                                          :
         - against -                                           :
                                                                          :
                                                                          :
AGROCORP INTERNATIONAL PTE. LTD.,      :
                                                                          :
                                                                          :
                         Defendant.                          :
--------------------------------------------------------------x

## NOTICE OF MOTION PURSUANT TO SUPPLEMENTAL RULE E(7) TO REQUIRE THE PLAINTIFF TO POST COUNTER-SECURITY

PLEASE TAKE NOTICE, that Defendant, AGROCORP INTERNATIONAL PTE.

LTD. (hereinafter "Agrocorp"), by and through its attorneys, CHALOS, O'CONNOR &

DUFFY, LLP, upon the annexed Memorandum of Law dated October 4, 2007, and the

Attorney's Affidavit of Owen F. Duffy in Support dated October 4, 2007,  and the

pleadings and proceedings heretofore had herein, will move this Court before the

Honorable Colleen McMahon at the United States District Court, 500 Pearl Street, New

York, New York, at a time and date to be set by the Court upon the completion of the

submission of all papers in connection with this motion, for an Order requiring that

Plaintiff PRESTIGIOUS SHIPPING CO. LTD. (hereinafter "Prestigious") post counter-security in this matter in the amount of $2,302,946.76, and that, that if Plaintiff Prestigious fails to provide such security within ten (10) business days of the date of the Order, that the *Ex-Parte* Process of Maritime Attachment previously ordered in this case  be vacated, or, in the alternative, require that Plaintiff Prestigious post counter-security in the same amount of funds belonging to Defendant Agrocorp that it has restrained, and that if Plaintiff Prestigious fails to provide such security within ten (10) business days of the date of the Order, that the *Ex-Parte* Process of Maritime Attachment previously ordered in this case will be vacated or, in the alternative, that this Court grant such other and further relief as the Court may deem just and proper.

Dated: Port Washington, New York
      October 4, 2007

CHALOS O'CONNOR & DUFFY
Attorneys for Defendant,
AGROCORP INTERNATIONAL PTE. LTD.

By:        _____

Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)
366 Main Street
Port Washington, New York 11050
Tel:    516-767-3600
Telefax: 516-767-3605
Email: ofd@codus-law.com

To:   Via ECF
     Waesche, Scheinbaum & O'Regan, P.C.
     Attorneys for the Plaintiff,
     PRESTIGIOUS SHIPPING CO. LTD.
     111 Broadway, 4th Floor
     New York, NY 10006

     Attn:   John R. Foster, Esq.