UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRESTIGIOUS SHIPPING CO., LTD.,

    Plaintiff,

    -against-

AGROCORP INTERNATIONAL PTE LTD.,

    Defendant.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/1/07

07 Civ. 7101 (CM)(DFE)

## CIVIL CASE MANAGEMENT PLAN

1. This is a satellite action to obtain security for a maritime claim being arbitrated in London. Pursuant to the Federal Arbitration Act, Plaintiff seeks security of $2,160,761.06 to satisfy an anticipated arbitral award. In August 2007 the Plaintiff attached funds at American Express Bank pursuant to Supp.F.R.Civ.P. B, and the Defendant moved to vacate the attachment and dismiss the action. On September 4, 2007, the Court denied the motion. The Defendant subsequently moved to certify the Court's decision for an interlocutory appeal. The Defendant also intends to move for counter-security pursuant to Supp.F.R.Civ.P. E(7).

2. As the parties have agreed to resolve the merits of their dispute by arbitration in London, where they are, in fact, presently proceeding, there will be no discovery in this action, including that provided by Rule 26(a).

3. Similarly, the parties do not foresee the need for a trial in this action. Following the London arbitration, confirmation of the award will be by motion pursuant to 9 U.S.C. §207.

Returned to chambers for scanning on 10/5/07
Scanned by chambers on 10/1/07

4. By letter dated September 11, 2007, the Defendant requested leave to amend its answer pursuant to F.R.Civ.P. 15. The Plaintiff not objecting, the Court authorizes the Defendant to file with the Clerk an amended pleading in the form attached to counsel's September 11 letter.

5. This scheduling order may be altered or amended only on a showing of good cause that is not foreseeable at the time this order is entered. *Counsel should not assume that extensions will be granted as a matter of routine.*

Dated:   September   , 2007
         New York, New York

Upon consent of the parties:
[signatures of all counsel]

WAESCHE, SHEINBAUM & O'REGAN, PC
Attorneys for the Plaintiff

By: _____
    John R. Foster
Attorney ID: JF3635

CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for the Defendant

By _____
   Owen F. Duffy
Attorney ID: OD3144

SO ORDERED:

_____
Hon. Colleen McMahon
United States District Judge

9-28-07