**WAESCHE, SHEINBAUM & O'REGAN, P.C.**
Attorneys for the Plaintiff
111 Broadway, Suite 401                                              ECF CASE
New York, New York 10006
Telephone: (212) 227-3550
John R. Foster (JF3635)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**PRESTIGIOUS SHIPPING CO. LTD.,**

               **Plaintiff,**

   -against-                                   **AFFIDAVIT IN OPPOSITION TO MOTION FOR COUNTERSECURITY**

**AGROCORP INTERNATIONAL PTE LTD.,**

               **Defendant.**

---

STATE OF NEW YORK    )
                         : ss:
COUNTY OF NEW YORK  )

        JOHN R. FOSTER, being duly sworn, deposes and says:

        1.    I am a member of the Bar of this Court and am an officer of Waesche, Sheinbaum & O'Regan, P.C., attorneys for the Plaintiff herein. I submit this affidavit in opposition to the pending motion by Defendant Agrocorp International Pte. Ltd. for countersecurity pursuant to Supplemental Rule E(7).

        2.    First, to clarify a confused point in Defendant's papers, the amount that has been attached by the Plaintiff is $2,160,761.06. Of this amount, $753,532.09 (the amount mentioned at pages 9 and 10 of Defendant's memorandum) was attached in August 2007 at American Express Bank, with the balance at Bank of America on October 1.

3. With respect to Prestigious Shipping's settlement of the cargo claims from the voyage at issue, mentioned at pages 4-5 of the accompanying memorandum, I am advised by Prestigious Shipping that in June 2006 it complained to the Chittagong Chamber of Commerce and Industry that it had settled with the receivers on an inflated invoice value. The receivers had entered a much lower value at the Customs House in Chittagong and accordingly paid a lesser customs duty. At the invitation of the Chittagong Chamber of Commerce and Industry, Prestigious Shipping and the receivers then met in the offices of the President of the Chamber, who advised that the invoice value is reduced at the Customs House to save on duties. Therefore, in his view, the argument by Prestigious Shipping was not valid. This meeting was held on August 20, 2006. Prestigious Shipping has had no further contact with the receivers, and has taken no legal action against them.

4. With respect to the chronology listed at page 8 of the accompanying memorandum, most of these events are supported by the affidavit of opposing counsel or the Court's own records. As to those items not so supported, I am advised by Prestigious Shipping's solicitors that

- Prestigious Shipping demanded arbitration of its claim in September 2006. *See* attached **Exhibit 1**.
- In the London arbitration Agrocorp asserted counterclaims on September 7, 2007, *i.e.*, three days after this Court's ruling of September 4.
- In response to these counterclaims, Prestigious Shipping has moved to strike them as time-barred. Agrocorp's response to this application is due today, October 19.

5. Subsequent to counsel's conference with the Court on September 28, I wrote to opposing counsel on October 5 with an offer by Prestigious Shipping to provide

countersecurity to Agrocorp for $50,000 to cover its taxable costs in the London proceeding.

This proposal was rejected by Agrocorp.

                                                                         JOHN R. FOSTER

Subscribed and sworn to before me this
19th day of October, 2007

_____
Notary Public

SHARON J. POYNTZ
NOTARY PUBLIC, State of New York
No. 43-4820992 Qualified in Richmond County
Certificate Filed in New York County
Commission Expires February 28, 2011

# EXHIBIT 1



Your Reference    :    -
Our Reference    :    2006155418JB/GY/SA/hh

By Fax & Hand
(Fax No. 6534 1426)

21 September 2006

AGROCORP INTERNATIONAL PTE LTD
133 New Bridge Road
#22-01/02
Chinatown Point
Singapore 059413

Dear Sirs,

**M.V. "PRESTIGIOUS" NOW KNOWN AS "VICTORY 2"**
**CHARTERPARTY DATED 21st FEBRUARY 2005**
**WITH ADDITIONAL CLAUSES**

**NOTICE OF ARBITRATION**

(1) We act for M/s Prestigious Shipping Co Ltd, the owners of the ship or vessel "PRESTIGIOUS" now known as "VICTORY 2" (the "Vessel").

(2) Pursuant to a charterparty on Sugar Charter Party 1999 form with additional clauses dated 21st February 2005 between our clients and M/s Agrocorp International Pte Ltd (the "Charterparty") and Bills of Lading No. S-1 – S-23 dated 10th April 2005 (the "Bills of Lading"), a cargo of 430 bagged rice of sugar, weighing a total of some 21,500.000 MT (the "Cargo") was loaded onboard the Vessel and shipped for carriage from Santos to Chittagong in or about 15th April 2005.

(3) The Vessel was at all material times in the registered ownership of our clients.

(4) The Bills of Lading incorporate the terms of the Charterparty including the Law and Arbitration Clause.

(5) Disputes and differences having arisen between the parties.

(6) The arbitration agreement pursuant to Clauses 31 and 53 of the Charterparty provide that that all disputes from time to time arising out of, or in connection with, this Charterparty shall be referred to arbitration in London pursuant to the London Maritime Arbitrators Association and governed by English law.

Partners
Dato' Jude P. Benny
Danny Chua
Mabel Tan
Kang Kim Yong
Kenneth Lie
Tan Hui Tsing
Gerald Yee
K. Murali Pany

Consultant
Joseph Tan

Associates
Adam Abdur Rahim
Chow Sy Harn
John Sze
Kenneth Ho
Cheryl Tan
Michelle Yong
Angela Yap
Sue Ann Gon
Joycelyn Liu

International Offices

JTJB – Piraeus
Fax No. 30-210-428-4777
Email: info.piraeus@jtjb.com

JTJB – Bangkok
Fax No. 66-2-6366988
Email: info.bangkok@jtjb.com

JTJB – Taipei
Fax No. 886-2-2772-0228
Email: info.taipei@jtjb.com

Kuala Lumpur
Associated Firm
Joseph & Partners
Fax No. 603-22877322
Email: info.kl@jtjb.com

Jakarta
Associated Firm
Hadromi & Partners
Fax No. 62-21-5210095
Email: info.jakarta@jtjb.com

Joseph Tan Jude Benny
5 Shenton Way #35-01 UIC Building Singapore 068808 Tel (65) 6220 9388 Fax (65) 6225 7827
Email: jtjbs@singnet.com.sg Web site www.jtjb.com
After Office Hours : (65) 9759 3856

SINGAPORE • PIRAEUS • BANGKOK • TAIPEI • KUALA LUMPUR • JAKARTA

(7) The said arbitration clauses also provide that unless the parties agree forthwith on a single arbitrator, be referred to the final arbitrament of two arbitrators, one to be appointed by each of the parties, with power of such arbitrators to appoint an umpire.

(8) Unless otherwise agreed, we propose a sole arbitrator to take conduct of the said arbitration proceedings.

TAKE NOTICE that on behalf of Messrs Prestigious Shipping Co. Ltd. (hereinafter referred to as "the Claimants"), we have appointed to be the sole arbitrator Mr. Clive Aston, whose details are set out as follows:-

> Mr. Clive Aston
> 30 Hobbs Court
> 2 Jacob Street
> London, SE1 2BG
> Telephone:   (44) 20 7064 1622
> Facsimile:   (44) 20 7064 1633
> Email:       cliveaston@cliveaston.com

Should you not agree to our proposal of a sole arbitrator, we shall on our part appoint Mr. Clive Aston and hereby require you within fourteen (14) clear days after the service of this notice to appoint an arbitrator.

Or, if you fail to appoint an arbitrator, we or our appointed attorneys shall apply to the English High Court to compel arbitration and/or for the court to appoint an arbitrator on your behalf.

Yours faithfully,

*JTJB* (signature)

Gerald Yee / Sue Ann Gan
Email: geraldyee@jtjb.com / sueanngan@jtjb.com

cc   clients

Joseph Tan Jude Benny

5 Shenton Way #35-01 UIC Building Singapore 068808 Tel (65) 6220 9388 Fax (65) 6225 7827
Email jtjbs@singnet.com.sg Web site www.jtjb.com
After Office Hours : (65) 9759 3856

SINGAPORE • PIRAEUS • BANGKOK • TAIPEI • KUALA LUMPUR • JAKARTA