*Please return to Chambers*
*Cintin, not Plaintiff Counsel*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**ECF CASE**

---

**PRESTIGIOUS SHIPPING CO. LTD.,**

**Plaintiff,**

-against-

**AGROCORP INTERNATIONAL PTE LTD.,**

**Defendant.**

---

07 Civ. 7101 (CM)

**CONSENT ORDER
CONCERNING
ATTACHED FUNDS**

---

**WHEREAS**, pursuant to Process of Maritime Attachment and Garnishment, the Plaintiff has attached funds 1) in the amount of $1,407,228.97 at Bank of America, and 2) in the amount of $753,532.09 at American Express Bank, for a total attached amount of $2,160,761.06, and

**WHEREAS**, the parties have agreed to have such attached funds deposited into the Court Registry Investment System, Interest Bearing Account, to be held as security for the Plaintiff's claim pending resolution of the case,

**NOW THEREFORE**, on the joint application of the parties hereto, and the premises considered, it is hereby

**ORDERED** that, in accordance with F.R.Civ.P. 67, Supp.F.R.Civ.P. B(3)(a), and Loc.Civ.R. 67.1, the garnishees in this action, Bank of America and American Express Bank, are directed to deposit forthwith all attached funds in this matter into the Registry of the Court for the Southern District of New York. Payments by the individual garnishees by way of check are to be made payable to the "Clerk, U.S. District Court, Southern District of New York" and with the docket number of this action ("07 Civ. 7101 (CM)) on the face of the check. Payments by way of wire transfer to the Court's Registry are to the following account

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/15/07_

-1-

| | |
|---|---|
| Bank: | US Treasury |
| Routing Number: | 021030004 |
| Agency Locator: | 4654 |
| Comments Field: | 07 CV 7101 (CM)(SDNY)(Prestigious v Agrocorp) |

**IT IS FURTHER ORDERED** that upon payment to the Clerk of the attached funds the
individual garnishees are discharged from any further obligations as to the Process of Maritime
Attachment and Garnishment in this action; and

**IT IS FURTHER ORDERED** that the Clerk of the Court, as soon as the business of his
office allows, prepare the necessary forms to effectuate the transfer of said attached amount of
**$2,160,761.06** from the Registry of the Court of the Southern District of New York to the
Registry of the Court of the Southern District of Texas for the purpose of investing said funds in
the Court Registry Investment System, Interest Bearing Account ("CRIS"); and

**IT IS FURTHER ORDERED** that, upon the deposit of the funds in CRIS, the Clerk so
advise counsel for the Plaintiff, who, in turn, will advise counsel for the Defendant; and

**IT IS FURTHER ORDERED** that counsel for the Plaintiff shall serve a copy of this
Order on the Clerk of the Court and on a Financial Deputy in the Cashier's Office; and

**IT IS FURTHER ORDERED** that the Clerk shall deduct a fee equal to ten percent
(10%) of the income earned on the investment but not to exceed the fee authorized by the
Judicial Conference of the United States and set by the Director of the Administrative Office;
and

**IT IS FURTHER ORDERED** that nothing in this Order is to be interpreted as
constituting a release of this Court's jurisdiction over the attached funds, which jurisdiction shall
remain in full force and effect; and

**IT IS FURTHER ORDERED** that the funds held pursuant to this Order will be
disbursed only as this Court may so direct.

Dated: New York. New York
        November            , 2007

**SO ORDERED**

Hon. Colleen McMahon, U.S.D.J

We respectfully request the granting
of this application:

**Waesche, Sheinbaum & O'Regan, P.C.**
Attorneys for the Plaintiff

By: _____
        John R. Foster
Attorney ID: JF3635
111 Broadway, Suite 401
New York, NY 10006
(212) 227-3550

**Chalos, O'Connor & Duffy, LLP**
Attorneys for the Defendant

By: _____
        Owen F. Duffy
Attorney ID: OD3144
366 Main Street
Port Washington, NY 11050
(516) 767-3600