UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRESTIGIOUS SHIPPING CO. LTD.,

        Plaintiff,

-against-

AGROCORP INTERNATIONAL PTE LTD.,

        Defendant.

ECF CASE

07 Civ. 7101 (CM)

STIPULATION AND ORDER DIRECTING RELEASE OF ATTACHED FUNDS

WHEREAS, pursuant to Process of Maritime Attachment and Garnishment, the Plaintiff attached funds 1) in the amount of $1,407,228.97 at Bank of America, and 2) in the amount of $753,532.09 at American Express Bank, for a total attached amount of $2,160,761.06, and

WHEREAS, pursuant to the Court's Order of November 15, 2007, the garnishees deposited such funds into the Court's Registry, and

WHEREAS, the parties have now resolved and settled their dispute,

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, that the Clerk of the Court shall release and transfer the $2,160,761.06 previously deposited by the garnishees into the Court's Registry to the Defendant via electronic funds transfer to the following bank account:

    State Bank of Long Island
    960 Port Washington Blvd.
    Port Washington, NY 11050
    ABA 021401617

    Chalos, O'Connor & Duffy
    IOLA Account: 1517007976



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/30/07

-1-    Copies mailed/faxed/handed to counsel on 11/30/07

Dated: New York, New York
       November 27, 2007

**Waesche, Sheinbaum & O'Regan, P.C.**
Attorneys for the Plaintiff

By: _____
    John R. Foster
Attorney ID: JF3635
111 Broadway, Suite 401
New York, NY 10006
(212) 227-3550

**Chalos, O'Connor & Duffy, LLP**
Attorneys for the Defendant

By: _____
    Owen F. Duffy
Attorney ID: OD3144
366 Main Street
Port Washington, NY 11050
(516) 767-3600

Dated: New York, New York
       November 29, 2007

SO ORDERED:

_____
Hon. Colleen McMahon, U.S.D.J.